# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE LEWIS T. BABCOCK

___

Courtroom Deputy: Emily Buchanan  
Court Reporter: Tracy Weir

Date: January 23, 2020

___

Civil Case No. 18-cv-00938-LTB

<u>Counsel:</u>

JOHN BESSEY, individually and on behalf of similarly situated persons, and  
JOSHUA JAUERNIC, individually and on behalf of similarly situated persons,

Brian Gonzales  
Jesse Forester

    Plaintiffs,

v.

MAND MADE PIZZA, INC., and  
ANTHONY MAND,

Kathleen Caminiti

    Defendants.

___

## COURTROOM MINUTES
___

**MOTION HEARING** - Joint Motion for Final Approval of Settlement Agreement

9:02 a.m.    Court in session.

Court's findings and conclusions.

**ORDERED**:  Defendants' Unopposed Motion to Restrict Access to Settlement Documents (Doc No 64) is **GRANTED**. A written order shall enter. Documents 60 and 61 shall remain under Level 1 restriction.

No objections have been filed to the settlement agreement following the publication notice and no plaintiffs or class members have requested to participate in this hearing.

**ORDERED**:  Joint Motion for Final Approval of Settlement Agreement (Doc No 60) is **GRANTED**. A written order shall enter under Level 1 restriction.

1

**ORDERED**: Plaintiffs' Unopposed Motion for Approval of Attorney's Fees and Costs (Doc No 61) is **GRANTED**.   A written order shall enter under Level 1 restriction.

9:13 a.m.    Court in recess.
Hearing concluded.
Time:  00:11